B1 (Official Form 1) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **United States Bankruptcy Court**<br>**District of Maryland** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bowles, Sharon Katrina** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **0512** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**18506 Eagles Roost Drive**<br>**Germantown, MD**<br>ZIPCODE **20874** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)
- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business**
(Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter.*)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bowles, Sharon Katrina** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **See Schedule Attached** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X **/s/ Abena Y. Williams**                    **4/30/15** <br>    Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                  Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Bowles, Sharon Katrina** |
|---|---|

### Signatures

<table>
<tr>
<td width="50%">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sharon Katrina Bowles**                    **Sharon Katrina Bowles**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 30, 2015**
Date

</td>
<td width="50%">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X **/s/ Abena Y. Williams**
Signature of Attorney for Debtor(s)

**Abena Y. Williams Maryland
Legal Aid Inc.
600 Jefferson Plaza, Suite 430
Rockville, MD  20852
(240) 314-0373  Fax: (240) 314-0720
awilliams@mdlab.org**

**April 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
</tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Bowles, Sharon Katrina</u>                                                 Case No. _____
Debtor(s)

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

Prior Bankruptcy Case Filed Within Last 8 Years:

> **Location Where Filed: District Of Maryland**
> **Case Number: 05-40560**
> **Date Filed: 10/14/05**
>
> **Location Where Filed: District Of Maryland**
> **Case Number: 01-15045**
> **Date Filed: 04/19/01**
>
> **Location Where Filed: District Of Maryland**
> **Case Number: 06-01695**
> **Date Filed: 09/22/06**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
## District of Maryland

IN RE:                                                             Case No. _____

**Bowles, Sharon Katrina** _____   Chapter **7** _____
                                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $      3,917.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $      8,860.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | $    235,698.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $      1,614.18 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $      1,626.00 |
| TOTAL | | 41 | $      3,917.00 | $    244,559.07 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Maryland

IN RE:                                                          Case No. _____

**Bowles, Sharon Katrina**                                     Chapter **7** _____
_____
                          Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 1,614.18 |
| Average Expenses (from Schedule J, Line 22) | $ | 1,626.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | 1,777.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 6,013.77 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 235,698.30 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 241,712.07 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Bowles, Sharon Katrina**                                                  Case No. _____
_____                                          _____
Debtor(s)                                                                           (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Bowles, Sharon Katrina** _____    Case No. _____

Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **United Bank** | | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Bedroom set** **Laptop** **TV** **VCR** | | **150.00** **200.00** **100.00** **20.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Bowles, Sharon Katrina** _____ Case No. _____
      Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Pontiac, 167,000 miles, 3 year loan, good condition** | | **2,847.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____  Case No. _____
                          Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **3,917.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Bowles, Sharon Katrina** _____  Case No. _____
Debtor(s)                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **United Bank** | **ACM, C & JP § 11-504(b)(5)** | **100.00** | **100.00** |
| **Bedroom set** | **ACM, C & JP § 11-504(b)(4)** | **150.00** | **150.00** |
| **Laptop** | **ACM, C & JP § 11-504(b)(4)** | **200.00** | **200.00** |
| **TV** | **ACM, C & JP § 11-504(b)(4)** | **100.00** | **100.00** |
| **VCR** | **ACM, C & JP § 11-504(b)(4)** | **20.00** | **20.00** |
| **Clothing** | **ACM, C & JP § 11-504(b)(5)** | **500.00** | **500.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Bowles, Sharon Katrina**                          Case No. _____
_____                    _____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0206** <br><br> **Acceptance Now** <br> **534 N Federick Ave** <br> **Gaithersburg, MD  20877** | | | **Rental Purchase for Furniture; 04/22/2015.** <br><br><br> VALUE $ **2,847.00** | | | | 2,132.89 | |
| ACCOUNT NO. **6309** <br><br> **Jim McKay Chevrolet, Inc.** <br> **3509 University Dr.** <br> **Fairfax, VA  22030** | | | **Automobile** <br><br><br> VALUE $ **2,847.00** | | | | 6,727.88 | 6,013.77 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | $ **8,860.77** | $ **6,013.77** |
| Total (Use only on last page) | $ **8,860.77** | $ **6,013.77** |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13)**

**IN RE** Bowles, Sharon Katrina _____   Case No. _____

_____ Debtor(s)                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Bowles, Sharon Katrina**                                                                    Case No. _____
                                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1657**<br><br>**Account Control Systems**<br>**148 Vetrans Drive, Suite D**<br>**Northvale, NJ  07647** | | | **04/19/2013**<br>**retail account** | | | | **495.54** |
| ACCOUNT NO.<br><br>**Seventh Avenue**<br>**1112 7th Avenue**<br>**Monroe, WI  53566** | | | **Assignee or other notification for:**<br>**Account Control Systems** | | | | |
| ACCOUNT NO. **4819**<br><br>**Adventist Healthcare**<br>**PO Box 62690**<br>**Baltimore, MD  21264** | | | **03/12/2013**<br>**Medical Services** | | | | **50.00** |
| ACCOUNT NO. **2733**<br><br>**Adventist Healthcare**<br>**Germantown Emergency**<br>**PO Box 62690**<br>**Baltimore, MD  21264** | | | **06/20/2013**<br>**Medical Services** | | | | **125.00** |

___**26**___ continuation sheets attached

Subtotal
(Total of this page)  $ **670.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina                                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5142** <br><br> **Adventist Healthcare** <br> **PO Box 62690** <br> **Baltimore, MD 21264** | | | **02/21/14** <br> **Medical Services** | | | | **125.00** |
| ACCOUNT NO. **5856** <br><br> **Adventist Healthcare** <br> **PO Box 62690** <br> **Baltimore, MD 21264** | | | **02/21/14** <br> **Medical Services** | | | | **125.00** |
| ACCOUNT NO. **0028** <br><br> **All Car Leasing Inc** <br> **CSC-Lawyers Incorporating Service Compan** <br> **7 St Paul Street** <br> **Baltimore, MD 21202** | | | **1/1/2010** | | | | **204.00** |
| ACCOUNT NO. <br><br> **American Collections** <br> **205 S Whiting St STE 500** <br> **Alexandria, VA 22304** | | | **Assignee or other notification for:** <br> **All Car Leasing Inc** | | | | |
| ACCOUNT NO. **6026** <br><br> **Anju Verma MD PC** <br> **19511 Doctors Drive** <br> **Germantown, MD 20874** | | | **03/13/2013** <br> **Medical Services** | | | | **35.00** |
| ACCOUNT NO. **3335** <br><br> **Aspen Crossing** <br> **14114 Grand Pre Road** <br> **Silver Spring, MD 20906** | | | **5/19/2010** <br> **Leasing/Rental** | | | | **7,852.00** |
| ACCOUNT NO. <br><br> **Fair Collections And Out** <br> **12304 Baltimore Ave Ste E** <br> **Beltsville, MD 20705** | | | **Assignee or other notification for:** <br> **Aspen Crossing** | | | | |

Sheet no. **1** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **8,341.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　**3**<br><br>**AutoTrack**<br>**1500 Sycamore Rd, Ste 200**<br>**Montoursville, PA 17754** | | | **7/2013**<br>**Auto Loan** | | | | **16,151.00** |
| ACCOUNT NO. **6987**<br><br>**Capital Digestive Care Capital Gastro**<br>**PO Box 37229**<br>**Baltimore, MD 21297** | | | **12/11/2012**<br>**Medical Services** | | | | **35.00** |
| ACCOUNT NO. **2849**<br><br>**Capital One**<br>**Attn: General Correspondence**<br>**PO Box 85026**<br>**Richmond, VA 23228-5506** | | | **9/20/11** | | | | **519.57** |
| ACCOUNT NO. **4400**<br><br>**Children Dental Care, Inc.**<br>**903 Russell Ave., Suite 200**<br>**Gaithersburg, MD 20879** | | | **Patient Transaction from 11/11/14; Medical.** | | | | **311.04** |
| ACCOUNT NO.<br><br>**City Of Gaithersburg**<br>**C/O LDC Collection Systems**<br>**P.O. Box 10579**<br>**Rockville, MD 20849** | | | **9/2/14** | | | | **40.00** |
| ACCOUNT NO.<br><br>**City Of Gaithersburg**<br>**C/O LDC Collection Systems**<br>**P.O. Box 10549**<br>**Rockville, MD 20849** | | | **9/3/14** | | | | **80.00** |
| ACCOUNT NO. **6080**<br><br>**Comcast-Lanham**<br>**C/O Credit Management, LP**<br>**P.O. Box 118288**<br>**Carollton, TX 75011-8288** | | | | | | | **1,268.14** |

Sheet no. **2** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,404.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina                                            Case No. _____
             Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8741**<br>**Community Radiology Associates. Inc**<br>PO Box 64939<br>Baltimore, MD 21264 | | | 08/09/2013<br>**Medical Services** | | | | 25.00 |
| ACCOUNT NO. **6801**<br>**Community Radiology Associates. Inc**<br>PO Box 64939<br>Baltimore, MD 21264 | | | 02/27/2014<br>**Medical Services** | | | | 25.00 |
| ACCOUNT NO. **8741**<br>**Community Radiology Associates. Inc**<br>PO Box 64939<br>Baltimore, MD 21264 | | | 02/27/2014<br>**Medical Bills** | | | | 25.00 |
| ACCOUNT NO. **6801**<br>**Community Radiology Associates. Inc.**<br>PO Box 64939<br>Baltimore, MD 21264 | | | 06/05/2013<br>**Medical Services** | | | | 25.00 |
| ACCOUNT NO. **6551**<br>**Conservice**<br>PO Box 4718<br>Logan, UT 84323 | | | | | | | 48.10 |
| ACCOUNT NO. **9534**<br>**CPS Security Treasure Section**<br>PO Box 782408<br>San Antonio, TX 78278 | | | 09/14/2012<br>account stated | | | | 339.22 |
| ACCOUNT NO. **9569**<br>**Credit Collection Services**<br>Two Wells Avenue<br>Newton, MA 02459 | | | past due bill | | | | 136.00 |

Sheet no. **3** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 623.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina

Case No. _____

Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Liberty Mutual<br>PO Box 55126<br>Boston, MA 02205** | | | Assignee or other notification for:<br>**Credit Collection Services** | | | | |
| ACCOUNT NO. **0549**<br>**Credit Collection Services<br>C/O Geico Casualty Company<br>Two Wells Avenue<br>Newton, MA 02459** | | | | | | | **104.80** |
| ACCOUNT NO.<br>**Geico Casualty<br>1 GEICO PLZ<br>WASHINGTON, DC, 20076** | | | Assignee or other notification for:<br>**Credit Collection Services** | | | | |
| ACCOUNT NO. **2047**<br>**Drs. Rosenberg & Tajick<br>9101 Cherry Lane # 202<br>Laurel, MD 20708** | | | **06/16/2012<br>medical services** | | | | **73.00** |
| ACCOUNT NO. **1497**<br>**Drs. Sweeney, Wise And Romanow DDS, PA<br>985 Russell Avenue<br>Gaithersburg, MD 20879** | | | **08/16/2013<br>Medical Services** | | | | **215.77** |
| ACCOUNT NO. **8227**<br>**E-Z Pass Maryland<br>PO BOX 17600<br>Baltimore, MD 21297** | | | **02/15/2013<br>Unpaid moving violations** | | | | **139.70** |
| ACCOUNT NO. **8227**<br>**E-Z Pass Maryland<br>PO Box 17600<br>Baltimore, MD 21297** | | | **09/24/2012<br>Unpaid Tolls** | | | | **738.75** |

Sheet no. **4** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,272.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina                                      Case No. _____
_____                                   (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8227**<br><br>**E-Z Pass Maryland**<br>**PO Box 17600**<br>**Baltimore, MD 21297** | | | **06/10/2013**<br>**Unpaid Toll fees** | | | | **225.25** |
| ACCOUNT NO. **8227**<br><br>**E-Z Pass Maryland**<br>**PO Box 17600**<br>**Baltimore, MD 21297** | | | **09/12/2013**<br>**Unpaid toll fees** | | | | **150.25** |
| ACCOUNT NO. **8227**<br><br>**E-Z Pass Maryland**<br>**PO Box 17600**<br>**Baltimore, MD 21297** | | | **09/20/2013**<br>**Unpaid toll fees** | | | | **500.00** |
| ACCOUNT NO.<br><br>**E-Z Pass Maryland**<br>**P.O. Box 17600**<br>**Baltimore, MD 21297-7600** | | | **9/5/14** | | | | **52.15** |
| ACCOUNT NO.<br><br>**E-Z Pass Maryland**<br>**PO Box 17600**<br>**Baltimore, MD 21297** | | | | | | | **53.25** |
| ACCOUNT NO.<br><br>**Farber Taylor**<br>**11300 Rockville Pike # 803**<br>**Rockville, MD 20852** | | | **12/5/2004**<br>**Attorney Fees/Judgment** | | | | **2,500.00** |
| ACCOUNT NO. **7227**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | | **12/2012**<br>**Credit Card** | | | | **427.00** |

Sheet no. __5__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **3,907.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7896** <br> **Frederick Memorial Hospital** <br> **400 WEST SEVENTH STREET** <br> **Frederick, MD  21701** | | | **6/1/2011** <br> **Medical Services** | | | | **76.00** |
| ACCOUNT NO. <br> **National Hospital Collections** <br> **Distributor Drive, Suite 2** <br> **Morgantown, WV  26501** | | | **Assignee or other notification for:** <br> **Frederick Memorial Hospital** | | | | |
| ACCOUNT NO. **2117** <br> **Geico** <br> **1 GEICO PLZ** <br> **WASHINGTON, DC,    20076** | | | **11/24/2012** <br> **Insurance Services** | | | | **249.47** |
| ACCOUNT NO. <br> **Credit Collection Service** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | | **Assignee or other notification for:** <br> **Geico** | | | | |
| ACCOUNT NO. **8265** <br> **Geico Casualty** <br> **1 GEICO PLZ** <br> **Bethesda, MD  20810** | | | **11/12/13** <br> **Insurance account** | | | | **200.93** |
| ACCOUNT NO. **3095** <br> **Geico Casualty** <br> **1 GEICO PLZ** <br> **WASHINGTON, DC,    20076** | | | **02/10/2014** <br> **Insurance claim** | | | | **200.93** |
| ACCOUNT NO. <br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | | **Assignee or other notification for:** <br> **Geico Casualty** | | | | |

Sheet no. ____**6**____ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $　**727.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____    Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0944** <br><br> **Geico Casualty** <br> **1 GEICO PLZ** <br> **Bethesda, MD  20810** | | | **11/13/14, Final Notice** | | | | **49.27** |
| ACCOUNT NO. **2733** <br><br> **Germantown Emergency** <br> **PO Box 62690** <br> **Baltimore, MD  21264** | | | **08/05/2013** <br> **Medical Services** | | | | **125.00** |
| ACCOUNT NO. <br><br> **Medicredit, INC.** <br> **13730 South Pointe Boulevard** <br> **Charlotte, NC  28273** | | | **Assignee or other notification for:** <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. **3631** <br><br> **Germantown Emergency** <br> **PO Box 62690** <br> **Baltimore, MD  21264** | | | **1/1/2014** <br> **medical bills** | | | | **125.00** |
| ACCOUNT NO. <br><br> **Spartan Financial** <br> **13730 South Point Boulevard** <br> **Charlotte, NC  28273** | | | **Assignee or other notification for:** <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. <br><br> **Medicredit, INC.** <br> **PO Box 1629** <br> **Maryland Heights, MO  63043** | | | **Assignee or other notification for:** <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. **3605** <br><br> **Germantown Emergency** <br> **PO Box 62690** <br> **Baltimore, MD  21264** | | | **1/1/2014** <br> **Medical Bills** | | | | **120.00** |

Sheet no. **7** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **419.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina                                      Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Spartan Financial** <br> **13730 South Point Boulevard** <br> **Charlotte, NC  28273** | | | Assignee or other notification for: <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. <br> **Medicredit, INC.** <br> **PO Box 1629** <br> **Maryland Heights, MO  63043** | | | Assignee or other notification for: <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. **3511** <br> **Germantown Emergency** <br> **PO Box 62690** <br> **Baltimore, MD  21264** | | | **11/2013** <br> **Medical Bills** | | | | **125.00** |
| ACCOUNT NO. <br> **Spartan Financial** <br> **13730 South Point Boulevard** <br> **Charlotte, NC  28273** | | | Assignee or other notification for: <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. **3142** <br> **Germantown Emergency** <br> **PO Box 62690** <br> **Baltimore, MD  21264** | | | **08/1/2013** <br> **Medical Bills** | | | | **125.00** |
| ACCOUNT NO. <br> **Spartan Financial** <br> **13730 South Point Blvd** <br> **CHarlotte, NC  28273** | | | Assignee or other notification for: <br> **Germantown Emergency** | | | | |
| ACCOUNT NO. <br> **Medicredit, INC.** <br> **PO Box 1629** <br> **Maryland Heights, MO  63043** | | | Assignee or other notification for: <br> **Germantown Emergency** | | | | |

Sheet no. **8** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **250.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0880**<br><br>Germantown Emergency<br>PO Box 62690<br>Baltimore, MD  21264 | | | 09/3/2012<br>**Medical services** | | | | **125.00** |
| ACCOUNT NO.<br><br>Medicredit, INC.<br>PO Box 1629<br>Maryland Heights, MO  63043 | | | **Assignee or other notification for:**<br>**Germantown Emergency** | | | | |
| ACCOUNT NO. **4370**<br><br>Germantown Emergency Center<br>PO BOx 62690<br>Baltimore, MD  21264 | | | 06/28/2013<br>**Medical Services** | | | | **125.00** |
| ACCOUNT NO.<br><br>Medicredit, INC.<br>13730 South Pointe Boulevard<br>Charlotte, NC  28273 | | | **Assignee or other notification for:**<br>**Germantown Emergency Center** | | | | |
| ACCOUNT NO. **3757**<br><br>Germantown Emergency Center<br>PO BOx 62690<br>Baltimore, MD  21264 | | | 11/2013<br>**Medical Bill** | | | | **125.00** |
| ACCOUNT NO.<br><br>Medicredit, INC.<br>PO Box 1629<br>Maryland Heights, MO  63043 | | | **Assignee or other notification for:**<br>**Germantown Emergency Center** | | | | |
| ACCOUNT NO. **3697**<br><br>Germantown Emergency Center<br>PO BOx 62690<br>Baltimore, MD  21264 | | | 10/2013<br><br>**Medical Bill** | | | | **125.00** |

Sheet no. **9** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **500.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
Debtor(s)(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Medicredit, INC. <br> PO Box 1629 <br> Maryland Heights, MO 63043 | | | Assignee or other notification for: <br> Germantown Emergency Center | | | | |
| ACCOUNT NO. **8061** <br> Giant <br> AUSA Check Recovery <br> PO BOX 55841 <br> Boston, MA 02205 | | | 10/04/2012 <br> Insufficient fund withdrawal | | | | 94.58 |
| ACCOUNT NO. **9508** <br> H&R Block <br> The Corporation Trust Incorporated <br> 351 West Camden Street <br> Baltimore, MD 21201 | | | 02/22/2012 <br> Tax Preparation Cost | | | | 182.00 |
| ACCOUNT NO. <br> Penn Credit <br> 916 S 14th Street ST <br> PO Box 988, PA 17108 | | | Assignee or other notification for: <br> H&R Block | | | | |
| ACCOUNT NO. **3623** <br> Holy Cross Hospital <br> 1500 Forest Glen Road <br> Silver Spring, MD 20910 | | | 01/1/2014 <br> Medical Bills | | | | 102.00 |
| ACCOUNT NO. <br> The Outside Source Group <br> Three City Place Drive Suite 690 <br> St. Louis, MO 63141 | | | Assignee or other notification for: <br> Holy Cross Hospital | | | | |
| ACCOUNT NO. **8819** <br> Holy Cross Hospital <br> 1500 Forest Glen Road <br> Silver Spring, MD 20910 | | | 1/28/2014 <br> Medical Services | | | | 102.00 |

Sheet no. **10** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 480.58

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina                                          Case No. _____
_____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Medicredit, INC.<br>PO Box 1629<br>Maryland Heights, MO  63043 | | | Assignee or other notification for:<br>Holy Cross Hospital | | | | |
| ACCOUNT NO. 3296<br>Holy Cross Hospital<br>PO Box 62220<br>Baltimore, MD  21264 | | | 12/27/2013<br>Medical Services | | | | 102.00 |
| ACCOUNT NO. 7470<br>HUD Federal Credit Union<br>P.O. Box 23273<br>Washington, DC  20026 | | | 08/12/2012<br>Credit Card/Banking Fees | | | | 4,512.72 |
| ACCOUNT NO. 2259<br>Hughes<br>PO Box 9687<br>Chicago, IL  60693 | | | 03/3/2014<br>communication services | | | | 217.40 |
| ACCOUNT NO. 0512<br>Internal Revenue Service<br>PO BOX 37008<br>Hartford, CT  06176 | | | 2011<br>tax liability | | | | 421.93 |
| ACCOUNT NO.<br>Department Of Treasury<br>Internal Revenue Service<br>Kansas City, MO  64999 | | | Assignee or other notification for:<br>Internal Revenue Service | | | | |
| ACCOUNT NO.<br>Internal Revenue Service<br>Kansas City, MO  64999-0202 | | | Tax Year - 2011<br>Notice Date - 10/13/2014 | | | | 468.73 |

Sheet no. __11__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   5,722.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
  Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2414**<br>**Jewelry Television**<br>**9600 Parkside Drive**<br>**Knoxville, TN 37922** | | | 08/16/2013<br>bill for sale of goods | | | | 144.00 |
| ACCOUNT NO.<br>**Kane And Associates Chartered**<br>**110 N. Washington St., #500**<br>**Rockville, MD 20850** | | | Failure to Pay Rent - 9/11/2014<br>cannot tell whether judgment entered | | | | 1,816.30 |
| ACCOUNT NO. **0373**<br>**LDC Collection Systems**<br>**C/O Revenue Of PG County MD**<br>**P.O. Box 77456**<br>**Washington, DC 20013** | | | | | | | 100.00 |
| ACCOUNT NO. **0333**<br>**LDC Collection Systems**<br>**C/O Revenue Of PG County MD**<br>**P.O. Box 77456**<br>**Washington, DC 20013** | | | Citation No. 22027447; 07/30/2014; Suitland Rd Metro K&R. | | | | 100.00 |
| ACCOUNT NO. **9569**<br>**Liberty Mutual**<br>**PO Box 55126**<br>**Boston, MA 02205** | | | 10/11/2013<br>Insurance | | | | 136.00 |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | | Assignee or other notification for:<br>Liberty Mutual | | | | |
| ACCOUNT NO. **4691**<br>**Life Touch/Photography Services**<br>**THE PRENTICE HALL CORPORATION SYSTEM, M**<br>**7 ST. PAUL STREET, SUITE 1660**<br>**BALTIMORE, MD 21202** | | | 11/27/2013<br>Service account | | | | 101.32 |

Sheet no. **12** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,397.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina                    Case No. _____
              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TRS Recovery Services**<br>P.O. Box 173809<br>Denver, CO  80217 | | | Assignee or other notification for:<br>Life Touch/Photography Services | | | | |
| ACCOUNT NO. **3239**<br>Life Touch/Photography Services<br>THE PRENTICE HALL CORPORATION SYSTEM, M<br>7 ST. PAUL STREET, SUITE 1660<br>BALTIMORE, MD  21202 | | | 11/29/2012<br>Photography Services | | | | 96.02 |
| ACCOUNT NO.<br>**TRS Recovery Services**<br>P.O. Box 173809<br>Denver, CO  80217 | | | Assignee or other notification for:<br>Life Touch/Photography Services | | | | |
| ACCOUNT NO. **7167**<br>Life Touch/Photography Services<br>THE PRENTICE HALL CORPORATION SYSTEM, M<br>7 ST. PAUL STREET, SUITE 1660<br>BALTIMORE, MD  21202 | | | 06/7/2013<br>Services | | | | 67.40 |
| ACCOUNT NO.<br>**TRS Recovery Services**<br>P.O. Box 173809<br>Denver, CO  80217 | | | Assignee or other notification for:<br>Life Touch/Photography Services | | | | |
| ACCOUNT NO. **9602**<br>Life Touch/Photography Services<br>THE PRENTICE HALL CORPORATION SYSTEM, M<br>7 ST. PAUL STREET, SUITE 1660<br>BALTIMORE, MD  21202 | | | 03/3/2012<br>Services | | | | 37.72 |
| ACCOUNT NO.<br>**TRS Recovery Services**<br>5152 Westheimer Rd<br>Houston, TX  77056 | | | Assignee or other notification for:<br>Life Touch/Photography Services | | | | |

Sheet no. **13** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **201.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bowles, Sharon Katrina**
_____    Case No. _____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9400**<br>**Medical Access**<br>**12321 Middlebrook Road Suite 101**<br>**Germantown, MD  20874** | | | 04/14/2015; Medical. | | | | 100.00 |
| ACCOUNT NO. **9400**<br>**Medical Access**<br>**12321 Middlebrook Road, Suite 101**<br>**Germantown, MD  20874** | | | 03/16/2015; Medical. | | | | 75.00 |
| ACCOUNT NO. **8727**<br>**Medical Emergency Professionals**<br>**12410 Milestone Center Drive**<br>**Germantown, MD  20876** | | | 10/21/2012<br>Medical Services | | | | 110.72 |
| ACCOUNT NO.<br>**NCC**<br>**245 Main Steet**<br>**Dickson City, PA  18519** | | | Assignee or other notification for:<br>Medical Emergency Professionals | | | | |
| ACCOUNT NO. **7660**<br>**Medical Emergency Professionals**<br>**12410 Milestone Center Drive**<br>**Germantown, MD  20876** | | | 3/1/2014<br><br>Medical Bill | | | | 88.00 |
| ACCOUNT NO.<br>**FBCS**<br>**2200 Byberry Rd**<br>**Hatboro, PA  19040** | | | Assignee or other notification for:<br>Medical Emergency Professionals | | | | |
| ACCOUNT NO. **7661**<br>**Medical Emergency Professionals**<br>**12410 Milestone Center Drive**<br>**Germantown, MD  20876** | | | 3/1/2014<br><br>Medical Bill | | | | 111.00 |

Sheet no. __**14**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **484.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____    Case No. _____
<br>Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4088**<br>**Medicredit, INC.**<br>**C/O Holy Cross Hospital**<br>**PO Box 1629**<br>**Maryland Heights, MO  63043** | | | | | | | **125.00** |
| ACCOUNT NO.<br>**Holy Cross Hospital**<br>**1500 Forest Glen Road**<br>**Silver Spring, MD  20910** | | | Assignee or other notification for:<br>Medicredit, INC. | | | | |
| ACCOUNT NO. **SER3**<br>**Michael Glasser, MD**<br>**9055 Shady Grove Ct**<br>**Gaithersburg, MD  20877** | | | 4/2010<br><br>**Medical Bill** | | | | **92.00** |
| ACCOUNT NO.<br>**CSRS, INC**<br>**1572 Crabbs Branch Way Ste 2D**<br>**Rockville, MD  20855** | | | Assignee or other notification for:<br>Michael Glasser, MD | | | | |
| ACCOUNT NO. **1013**<br>**Motor Vehicle Administration**<br>**6601 Ritchie Highway NE**<br>**Glen Burnie, MD  21062** | | | 11/6/2014 | | | | **480.00** |
| ACCOUNT NO. **0319**<br>**MTE Financial Services**<br>**PO Box 111**<br>**Miami, OK  74355** | | | 08/8/2013<br>**Credit Card** | | | | **990.00** |
| ACCOUNT NO.<br>**PDL Recovery Services**<br>**7408 Fairview Rd., STE 285**<br>**Charlotte, NC  28226** | | | Assignee or other notification for:<br>MTE Financial Services | | | | |

Sheet no. **15** of **26** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $   **1,687.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
                Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9226** **Multi-Specialty Healthcare** **9601 Pulaski Park Drive, Ste. 416** **Middle River, MD 21220-1409** | | | | | | | 75.00 |
| ACCOUNT NO. **9049** **Nationwide Bank** **One Nationwide Plaza** **Columbus, OH 43215** | | | 03/12/2015; Account Overdrawn. | | | | 2,499.85 |
| ACCOUNT NO. **9677** **Nationwide Credit Corporation** **C/O Trinity Health** **5503 Cherokee Avenue** **Alexandria, VA 22312** | | | | | | | 204.00 |
| ACCOUNT NO. **Trinity Health** | | | Assignee or other notification for: Nationwide Credit Corporation | | | | |
| ACCOUNT NO. **Nationwide Credit Corporation** **C/O Trinity Health** **5503 Cherokee Avenue** **Alexandria, VA 22312** | | | | | | | 0.00 |
| ACCOUNT NO. **6554** **Nationwide Insurance** **One Nationwide Plaza** **Columbus, OH 43215** | | | 09/29/2012 Insurance bill | | | | 114.25 |
| ACCOUNT NO. **NCO Financial Services/02** **PO Box 15740** **Wilmington, DE 19850** | | | Assignee or other notification for: Nationwide Insurance | | | | |

Sheet no. **16** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,893.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
 Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3864** <br> **NCC Business Services** <br> **9428 Baymeadows Rd. Suite 200** <br> **Jacksonville, FL 32256** | | | | | | | 3,510.00 |
| ACCOUNT NO. <br> **Allentown Apts/Hercules** | | | Assignee or other notification for: <br> NCC Business Services | | | | |
| ACCOUNT NO. **5871** <br> **Neb Doctors Of Maryland Llc** <br> **PO Box 226** <br> **White Marsh, MD 21162** | | | 09/19/2013 <br> Medical Services | | | | 45.21 |
| ACCOUNT NO. <br> **No!No! Hair Removal** <br> **C/O SKO Brenner America** <br> **40 Daniel Street, P.O. Box 230** <br> **Farmingdale, NY 11735-0230** | | | | | | | 0.00 |
| ACCOUNT NO. **8776** <br> **Office Of Personnel Management** <br> **1900 E Street, N.W.** <br> **Washington, DC 20415** | | | **Overpayment collection from annuity benefits payable under the Federal Employees Retirement System. | | | | 68,922.00 |
| ACCOUNT NO. **3219** <br> **Oser & Tauber MD PA** <br> **10301 Georgia Avenue, Suite 304** <br> **Silver Spring, MD 20902** | | | 8/1/2013 <br> Medical Bills | | | | 566.00 |
| ACCOUNT NO. <br> **American Collections** <br> **205 S Whiting St STE 500** <br> **Alexandria, VA 22304** | | | Assignee or other notification for: <br> Oser & Tauber MD PA | | | | |

Sheet no. **17** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 73,043.21

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____    Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Payliance**<br>**3 Easton Oval, SUite 210**<br>**Columbus, OH  43219** | | | **02/04/2013**<br>**Insufficient Check Withdrawal** | | | | **35.80** |
| ACCOUNT NO. **0319**<br>**PDL Recovery Services**<br>**7408 Fairview Rd., STE 285**<br>**Charlotte, NC  28226** | | | | | | | **990.00** |
| ACCOUNT NO.<br>**MTE Financial Services**<br>**PO Box 111**<br>**Miami, OK  74355** | | | **Assignee or other notification for:**<br>**PDL Recovery Services** | | | | |
| ACCOUNT NO. **9597**<br>**Penn Credit**<br>**916 S 14th Street ST**<br>**PO Box 988, PA  17108** | | | **2/2012**<br>**Tax prep.** | | | | **182.00** |
| ACCOUNT NO.<br>**H&R Block** | | | **Assignee or other notification for:**<br>**Penn Credit** | | | | |
| ACCOUNT NO. **1161**<br>**People's Bank**<br>**PO Box 1750**<br>**Paris, TX  75461** | | | **8/15/2012** | | | | **258.88** |
| ACCOUNT NO. **6227**<br>**PEPCO**<br>**201 West Gude Drive**<br>**Rockville, MD  20850** | | | **2/25/2015** | | | | **1,716.69** |

Sheet no. ___**18**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,183.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Bowles, Sharon Katrina _____ Case No. _____
           Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**PG County Parking Authority** <br>**Parking Division** <br>**1300 Mercantile Lane, Ste. 108** <br>**Largo, MD 20774** | | | | | | | 25.00 |
| ACCOUNT NO. **5521** <br><br>**Plains Commerce Bank** <br>**220 Main Street PO Box 7** <br>**Hoven, SD 57450** | | | 1/22/2014 | | | | 974.00 |
| ACCOUNT NO. <br><br>**Jefferson Capital Systems** <br>**16 Mcleland Rd** <br>**Saint Cloud, MN 56303** | | | Assignee or other notification for: <br>Plains Commerce Bank | | | | |
| ACCOUNT NO. **2395** <br><br>**Premier Bank Card** <br>**The Corproation Trust Incorporated** <br>**351 West Camden Street** <br>**Baltimore, MD 21201** | | | 07/12/2013 <br>Credit card/banking charges | | | | 427.01 |
| ACCOUNT NO. <br><br>**Rushmore Service Center** <br>**PO Box 557** <br>**Sioux Falls, SD 57117** | | | Assignee or other notification for: <br>Premier Bank Card | | | | |
| ACCOUNT NO. **8150** <br><br>**Progressive** <br>**PO Box 31260** <br>**Tampa, FL 33631** | | | 10/14/2013 <br>Bill for insurance services | | | | 351.00 |
| ACCOUNT NO. <br><br>**Credit Collection Service** <br>**PO BOX 55126** <br>**Boston, MA 02205** | | | Assignee or other notification for: <br>Progressive | | | | |

Sheet no. **19** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,777.01**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____

Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **019B**<br><br>Progressive<br>P.O Box 31260<br>Tampa, FL 33631 | | | 09/2/2013<br>Insurance account | | | | 473.00 |
| ACCOUNT NO.<br><br>NCO Financial Services/02<br>PO Box 15740<br>Wilmington, DE 19850 | | | Assignee or other notification for:<br>Progressive | | | | |
| ACCOUNT NO. **6390**<br><br>Progressive<br>P.O Box 31260<br>Tampa, FL 33631 | | | 02/14/2014<br>insurance claim | | | | 116.00 |
| ACCOUNT NO.<br><br>Credit Collection Services<br>Two Wells Avenue<br>Newton, MA 02459 | | | Assignee or other notification for:<br>Progressive | | | | |
| ACCOUNT NO. **2990**<br><br>Progressive Direct<br>PO Box 31260<br>Tampa, FL 33631 | | | 06/13/2014<br>Insurance payments | | | | 1,764.00 |
| ACCOUNT NO. **9280**<br><br>Publishers Clearing House<br>101 Winners Circle<br>Port Washington, NY 11050 | | | 10/15/2013<br>Service account | | | | 46.41 |
| ACCOUNT NO.<br><br>North Shore Agency<br>270 Spagnoli Road, Suite 110<br>Melville, NY 11747 | | | Assignee or other notification for:<br>Publishers Clearing House | | | | |

Sheet no. **20** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **2,399.41**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bowles, Sharon Katrina**                                    Case No. _____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2809** <br> **Publishers Clearing House** <br> **101 Winners Circle** <br> **Port Washington, NY  11050** | | | 09/19/2013 <br> **default on sale of goods** | | | | **46.41** |
| ACCOUNT NO. <br> **North Shore Agency** <br> **270 Spagnoli Road, Suite 110** <br> **Melville, NY  11747** | | | **Assignee or other notification for:** <br> **Publishers Clearing House** | | | | |
| ACCOUNT NO. **0645** <br> **QVC** <br> **1200 Wilson Drive** <br> **West Chester, PA  19380** | | | 02/15/2011 <br> **Ordered Merchandise** | | | | **88.02** |
| ACCOUNT NO. <br> **Penn Credit** <br> **916 S 14th Street ST** <br> **PO Box 988, PA  17108** | | | **Assignee or other notification for:** <br> **QVC** | | | | |
| ACCOUNT NO. **0297** <br> **Radiology Associates Of Fredrick** <br> **198 Thomas Johnson Dr** <br> **Frederick, MD  21702** | | | 8/2011 | | | | **53.00** |
| ACCOUNT NO. <br> **Online Collections** <br> **P.O. Box 1489** <br> **Winterville, NC  28590** | | | **Assignee or other notification for:** <br> **Radiology Associates Of Fredrick** | | | | |
| ACCOUNT NO. **0058** <br> **Reginald Pettaway, DDS** <br> **Esthetic And General Dentistry** <br> **9850 Key West Avenue, Suite 308** <br> **Rockville, MD  20850** | | | 12/13/2014; Medical. | | | | **128.00** |

Sheet no. **21** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **315.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bowles, Sharon Katrina**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1000**<br>**Santander Consumer USA**<br>**P.O. Box 961245**<br>**Forth Worth, TX  76161** | | | **05/29/2013**<br>**Automobile Repossession** | | | | **13,312.00** |
| ACCOUNT NO. **0601**<br>**Scholastic Inc**<br>**The Corporation Trust Incorporated**<br>**351 West Camden Street**<br>**Baltimore, MD  21201** | | | **06/05/2013**<br>**Unpaid check** | | | | **139.90** |
| ACCOUNT NO.<br>**Shaffer & Associates**<br>**101 South 5th Street, Suite 100**<br>**Columbia, MO  65201** | | | **Assignee or other notification for:**<br>**Scholastic Inc** | | | | |
| ACCOUNT NO. **0603**<br>**Scholastic Inc**<br>**The Corproation Trust Incorporated**<br>**351 West Camden Street**<br>**Baltimore, MD  21201** | | | **06/05/2013**<br>**Unpaid check** | | | | **118.87** |
| ACCOUNT NO.<br>**Shaffer & Associates**<br>**101 South 5th Street, Suite 100**<br>**Columbia, MD  65201** | | | **Assignee or other notification for:**<br>**Scholastic Inc** | | | | |
| ACCOUNT NO. **0602**<br>**Scholastic, Inc**<br>**The Corporation Trust Incorporated**<br>**351 West Camden Street**<br>**Baltimore, MD  21201** | | | **06/05/2013**<br>**Unpaid check** | | | | **134.84** |
| ACCOUNT NO.<br>**Shaffer & Associates**<br>**101 South 5th Street, Suite 100**<br>**Columbia, MD  65201** | | | **Assignee or other notification for:**<br>**Scholastic, Inc** | | | | |

Sheet no. **22** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,705.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____   Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0604**<br>**Scholastic, Inc**<br>**The Corporation Trust Incorporated**<br>**351 West Camden Street**<br>**Baltimore, MD  21201** | | | **06/05/2013**<br>**Unpaid Check** | | | | **87.89** |
| ACCOUNT NO.<br>**Shaffer & Associates**<br>**101 South 5th Street, Suite 100**<br>**Columbia, MD  65201** | | | **Assignee or other notification for:**<br>**Scholastic, Inc** | | | | |
| ACCOUNT NO. **0147**<br>**Service Finance Company**<br>**555 South Federal Hwy Ste 20**<br>**Boca Raton, FL  33432** | | | **10/2009**<br>**Charge card** | | | | **100.00** |
| ACCOUNT NO. **2934**<br>**Seventh Avenue**<br>**1112 7th Avenue**<br>**Monroe, WI  53566** | | | **11/2011** | | | | **495.00** |
| ACCOUNT NO. **0700**<br>**Seventh Avenue**<br>**1112 7th Avenue**<br>**Monroe, WI  53566** | | | **10/13/2013**<br>**Credit Card** | | | | **156.00** |
| ACCOUNT NO. **5386**<br>**Shady Grove Adventist**<br>**PO Box 62690**<br>**Baltimore, MD  21264** | | | **Date of Service 9/18/2014**<br>**Statement date 11/8/2014** | | | | **122.19** |
| ACCOUNT NO. **8416**<br>**Shady Grove Radiology**<br>**20410 Observation Drive**<br>**Germantown, MD  20410** | | | **01/29/2013**<br>**Medical Services** | | | | **25.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **23** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 986.08

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bowles, Sharon Katrina**        Case No. _____

Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capital Medical Management Associates**<br>**20410 Observation Drive Suite 104**<br>**Germantown, MD 20876** | | | Assignee or other notification for:<br>**Shady Grove Radiology** | | | | |
| ACCOUNT NO. **2802**<br>**SST/CIGPFICORP**<br>**4315 PICKETT RD**<br>**Saint Joseph, MO 64503** | | | 8/2012<br>**Installment Loan** | | | | 17,506.00 |
| ACCOUNT NO. **5373**<br>**The Hartford**<br>**PO Box 2024**<br>**Hartford, CT 06145** | | | 10/12/2013<br>**Insurance Claim** | | | | 246.00 |
| ACCOUNT NO. **9153**<br>**The Neurology Center, P.A. Collections**<br>**8555 16th Street, Suite 310**<br>**Silver Spring, MD 20910** | | | 12/7/2012<br>**Medical Services** | | | | 25.00 |
| ACCOUNT NO. **1578**<br>**UHaul**<br>**PO Box 52128**<br>**Pheonix, AZ 85072-2128** | | | June 4, 2014 | | | | 247.91 |
| ACCOUNT NO. **1622**<br>**United Medical Center**<br>**P.O. Box 759283**<br>**Baltimore, MD 21275** | | | 7/2/14 (discharge date)<br>9/17/14 (statement date)<br>9/27/14 (payment due date) | | | | 125.00 |
| ACCOUNT NO. **0835**<br>**United Medical Center**<br>**P.O. Box 759283**<br>**Baltimore, MD 21275** | | | Discharge date: 6/30/14<br>Payment due date: 9/26/14 | | | | 125.00 |

Sheet no. **24** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,274.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina
_____   Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7832** <br> **United Medical Center** <br> **P.O. Box 759283** <br> **Baltimore, MD 21275** | | | | | | | **125.00** |
| ACCOUNT NO. **6670** <br> **United Medical Center** <br> **P.O. Box 759283** <br> **Baltimore, MD 21275** | | | | | | | **125.00** |
| ACCOUNT NO. **8104** <br> **United Medical Center** <br> **P.O. Box 759283** <br> **Baltimore, MD 21275** | | | **10/30/14** | | | | **125.00** |
| ACCOUNT NO. <br> **United States Office Of Personnel Manage** <br> **1900 E Street, NW** <br> **Washington, D.C., DC 20415-1000** | | | **4/2013** <br> **Overpayment** | | | | **68,922.00** |
| ACCOUNT NO. <br> **Federal Employees Retirement System** <br> **1900 E Street, NW** <br> **Washington, D.C., DC 20415** | | | **Assignee or other notification for:** <br> **United States Office Of Personnel Manage** | | | | |
| ACCOUNT NO. **0300** <br> **Verizon** <br> **500 Technology Drive, Suite 300** <br> **Weldon Spring, MO 63304** | | | **12/2012** <br> **Communication services** | | | | **2,902.00** |
| ACCOUNT NO. **3657** <br> **Verizon** <br> **500 Technology Drive, Suite 300** <br> **Weldon Spring, MO 63304** | | | **10/8/2012** <br> **Communication services** | | | | **515.00** |

Sheet no. ___25___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **72,714.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Bowles, Sharon Katrina _____ Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AFNI**<br>**PO Box 3097**<br>**Bloomington, IL  61702** | | | **Assignee or other notification for:**<br>**Verizon** | | | | |
| ACCOUNT NO. **1098**<br>**Wachovia Bank Checking**<br>**7 ST. PAUL STREET, SUITE 1660**<br>**Baltimore, MD  21202** | | | **6/2009**<br>**Checking Account** | | | | **251.00** |
| ACCOUNT NO.<br>**RJM Acquisitions**<br>**575 Underhill Boulevard, Suite 224**<br>**Syosset, NY  11791** | | | **Assignee or other notification for:**<br>**Wachovia Bank Checking** | | | | |
| ACCOUNT NO. **8791**<br>**ZA Johnson**<br>**P.O. Box 864046**<br>**Orlando, FL  32886** | | | **03/30/2015; Medical.** | | | | **65.20** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**26**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　$ 　**316.20**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)　$ **235,698.30**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE __Bowles, Sharon Katrina__ _____    Case No. _____
                                 Debtor(s)                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Acceptance Now**<br>**534 N. Frederick Ave.**<br>**Gaithersburg, MD  20877-2504** | **Rental-Purchase Agreement** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Bowles, Sharon Katrina**                                                                     Case No. _____
                                      Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1  **Sharon Katrina Bowles**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Maryland

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income                                                          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____ Number   Street | _____ Number   Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____ City          State    ZIP Code | _____ City          State    ZIP Code |
| How long employed there? | _____ | _____ |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $_____ | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $_____ | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $_____ | $_____ |

Debtor 1  **Sharon Katrina Bowles** _____    Case number (*if known*)_____
First Name      Middle Name        Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................➜ | 4. | $_____ | $_____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | +$_____ | +$_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $_____ | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____ | $_____ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____0.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e. **Social Security** | 8e. | $____1,138.00 | $_____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____ | $_____ |
| 8g. **Pension or retirement income** | 8g. | $____476.18 | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | +$_____ | +$_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,614.18 | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,614.18 + | $_____ = $ 1,614.18 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +$_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 1,614.18

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:     None

**Fill in this information to identify your case:**

Debtor 1 __Sharon Katrina Bowles__
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Maryland

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and Debtor 2.          ☐ Yes. Fill out this information for each dependent.........................

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $_____500.00_____ |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.  $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $_____ |
| 4d. | Homeowner's association or condominium dues | 4d.  $_____ |

Debtor 1    **Sharon Katrina Bowles** _____ _____ _____
            First Name      Middle Name        Last Name

Case number (if known) _____ _____ _____ _____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $ _____

6. **Utilities:**

  6a.  Electricity, heat, natural gas — 6a. $ _____**40.00**_____

  6b.  Water, sewer, garbage collection — 6b. $ _____**25.00**_____

  6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. $ _____**35.00**_____

  6d.  Other. Specify: _____ — 6d. $ _____

7. **Food and housekeeping supplies** — 7. $ _____**200.00**_____

8. **Childcare and children's education costs** — 8. $ _____

9. **Clothing, laundry, and dry cleaning** — 9. $ _____**50.00**_____

10. **Personal care products and services** — 10. $ _____**50.00**_____

11. **Medical and dental expenses** — 11. $ _____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ _____**200.00**_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ _____

14. **Charitable contributions and religious donations** — 14. $ _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.  Life insurance — 15a. $ _____**65.00**_____

  15b.  Health insurance — 15b. $ _____

  15c.  Vehicle insurance — 15c. $ _____**131.00**_____

  15d.  Other insurance. Specify: _____ — 15d. $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____ — 16. $ _____

17. **Installment or lease payments:**

  17a.  Car payments for Vehicle 1 — 17a. $ _____**330.00**_____

  17b.  Car payments for Vehicle 2 — 17b. $ _____

  17c.  Other. Specify: _____ — 17c. $ _____

  17d.  Other. Specify: _____ — 17d. $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** — 18. $ _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____ — 19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._**

  20a.  Mortgages on other property — 20a. $ _____

  20b.  Real estate taxes — 20b. $ _____

  20c.  Property, homeowner's, or renter's insurance — 20c. $ _____

  20d.  Maintenance, repair, and upkeep expenses — 20d. $ _____

  20e.  Homeowner's association or condominium dues — 20e. $ _____

Debtor 1    **Sharon Katrina Bowles**
First Name    Middle Name    Last Name

Case number (*if known*)_____

---

21.  **Other**. Specify: _____    21.  +$_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.  $_____**1,626.00**_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____**1,614.18**_____

     23b.  Copy your monthly expenses from line 22 above.    23b.  −$_____**1,626.00**_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.    23c.  $_____**-11.82**_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

---

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE __Bowles, Sharon Katrina_____        Case No. _____
                                   Debtor(s)                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**43** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 30, 2015**_____        Signature: _**/s/ Sharon Katrina Bowles**_____
                                                     **Sharon Katrina Bowles**                               Debtor

Date: _____        Signature: _____
                                                                 (Joint Debtor, if any)

                                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                 _____
                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### District of Maryland

IN RE:                                                    Case No. _____

**Bowles, Sharon Katrina** _____    Chapter **7** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☑ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fradkin v. Bowles, Case No.: 109516R** | **Lien** | **Circuit Court for Montgomery County** | **Closed, Amount: $768.05** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

<sup>None</sup> ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

<sup>None</sup> ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

<sup>None</sup> ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

<sup>None</sup> ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **April 30, 2015** _____      Signature  ***/s/ Sharon Katrina Bowles***_____

                                              of Debtor                                    **Sharon Katrina Bowles**

Date: _____               Signature  _____

                                              of Joint Debtor
                                              (if any)

                              _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                      Case No. _____

**Bowles, Sharon Katrina** _____     Chapter **7** _____
                        Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                  the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                          the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Bowles, Sharon Katrina** _____     **X** */s/ Sharon Katrina Bowles*                    **4/30/2015**
Printed Name(s) of Debtor(s)                              Signature of Debtor                          Date

Case No. (if known) _____     **X** _____
                                                          Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Maryland**

**IN RE:**                                                          Case No. _____

**Bowles, Sharon Katrina** _____ Chapter **7** _____
　　　　　　　　　　　　　Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 30, 2015** _____    Signature: **_/s/ Sharon Katrina Bowles_** _____
　　　　　　　　　　　　　　　　　　　　　**Sharon Katrina Bowles**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor


Date: _____    Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor, if any


Date: **April 30, 2015** _____    Signature: **_/s/ Abena Y. Williams_** _____
　　　　　　　　　　　　　　　　　　　　　**Abena Y. Williams Maryland**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney (if applicable)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Federal Employees Retirement System
1900 E Street, NW
Washington, D.C., DC   20415


Acceptance Now
534 N Federick Ave
Gaithersburg, MD   20877


Acceptance Now
534 N. Frederick Ave.
Gaithersburg, MD   20877-2504


Account Control Systems
148 Vetrans Drive, Suite D
Northvale, NJ   07647


Adventist Healthcare
PO Box 62690
Baltimore, MD   21264


Adventist Healthcare
Germantown Emergency
PO Box 62690
Baltimore, MD   21264


AFNI
PO Box 3097
Bloomington, IL   61702


All Car Leasing Inc
CSC-Lawyers Incorporating Service Compan
7 St Paul Street
Baltimore, MD   21202

American Collections
205 S Whiting St STE 500
Alexandria, VA  22304


Anju Verma MD PC
19511 Doctors Drive
Germantown, MD  20874


Aspen Crossing
14114 Grand Pre Road
Silver Spring, MD  20906


AutoTrack
1500 Sycamore Rd, Ste 200
Montoursville, PA  17754


Capital Digestive Care Capital Gastro
PO Box 37229
Baltimore, MD  21297


Capital Medical Management Associates
20410 Observation Drive Suite 104
Germantown, MD  20876


Capital One
Attn: General Correspondence
PO Box 85026
Richmond, VA  23228-5506


Children Dental Care, Inc.
903 Russell Ave., Suite 200
Gaithersburg, MD  20879

City Of Gaithersburg
C/O LDC Collection Systems
P.O. Box 10579
Rockville, MD  20849


City Of Gaithersburg
C/O LDC Collection Systems
P.O. Box 10549
Rockville, MD  20849


Comcast-Lanham
C/O Credit Management, LP
P.O. Box 118288
Carollton, TX  75011-8288


Community Radiology Associates. Inc
PO Box 64939
Baltimore, MD  21264


Community Radiology Associates. Inc.
PO Box 64939
Baltimore, MD  21264


Conservice
PO Box 4718
Logan, UT  84323


CPS Security Treasure Section
PO Box 782408
San Antonio, TX  78278


Credit Collection Service
Two Wells Avenue
Newton, MA  02459

Credit Collection Service
PO BOX 55126
Boston, MA  02205


Credit Collection Services
Two Wells Avenue
Newton, MA  02459


Credit Collection Services
C/O Geico Casualty Company
Two Wells Avenue
Newton, MA  02459


CSRS, INC
1572 Crabbs Branch Way Ste 2D
Rockville, MD  20855


Department Of Treasury
Internal Revenue Service
Kansas City, MO  64999


Drs. Rosenberg & Tajick
9101 Cherry Lane # 202
Laurel, MD  20708


Drs. Sweeney, Wise And Romanow DDS, PA
985 Russell Avenue
Gaithersburg, MD  20879


E-Z Pass Maryland
PO BOX 17600
Baltimore, MD  21297


E-Z Pass Maryland
P.O. Box 17600
Baltimore, MD  21297-7600

Fair Collections And Out
12304 Baltimore Ave Ste E
Beltsville, MD   20705


Farber Taylor
11300 Rockville Pike # 803
Rockville, MD  20852


FBCS
2200 Byberry Rd
Hatboro, PA   19040


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD   57104


Frederick Memorial Hospital
400 WEST SEVENTH STREET
Frederick, MD   21701


Geico
1 GEICO PLZ
WASHINGTON, DC,     20076


Geico Casualty
1 GEICO PLZ
Bethesda, MD   20810


Geico Casualty
1 GEICO PLZ
WASHINGTON, DC,     20076


Germantown Emergency
PO Box 62690
Baltimore, MD   21264

Germantown Emergency Center
PO BOx 62690
Baltimore, MD  21264


Giant
AUSA Check Recovery
PO BOX 55841
Boston, MA  02205


H&R Block
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD  21201


Holy Cross Hospital
PO Box 62220
Baltimore, MD  21264


Holy Cross Hospital
1500 Forest Glen Road
Silver Spring, MD  20910


HUD Federal Credit Union
P.O. Box 23273
Washington, DC  20026


Hughes
PO Box 9687
Chicago, IL  60693


Internal Revenue Service
PO BOX 37008
Hartford, CT  06176


Internal Revenue Service
Kansas City, MO  64999-0202

Jefferson Capital Systems
16 Mcleland Rd
Saint Cloud, MN  56303


Jewelry Television
9600 Parkside Drive
Knoxville, TN  37922


Jim McKay Chevrolet, Inc.
3509 University Dr.
Fairfax, VA  22030


Kane And Associates Chartered
110 N. Washington St., #500
Rockville, MD  20850


LDC Collection Systems
C/O Revenue Of PG County MD
P.O. Box 77456
Washington, DC  20013


Liberty Mutual
PO Box 55126
Boston, MA  02205


Life Touch/Photography Services
THE PRENTICE HALL CORPORATION SYSTEM, M
7 ST. PAUL STREET, SUITE 1660
BALTIMORE, MD  21202


Medical Access
12321 Middlebrook Road, Suite 101
Germantown, MD  20874

Medical Access
12321 Middlebrook Road Suite 101
Germantown, MD  20874


Medical Emergency Professionals
12410 Milestone Center Drive
Germantown, MD  20876


Medicredit, INC.
C/O Holy Cross Hospital
PO Box 1629
Maryland Heights, MO  63043


Medicredit, INC.
13730 South Pointe Boulevard
Charlotte, NC  28273


Medicredit, INC.
PO Box 1629
Maryland Heights, MO  63043


Michael Glasser, MD
9055 Shady Grove Ct
Gaithersburg, MD  20877


Motor Vehicle Administration
6601 Ritchie Highway NE
Glen Burnie, MD  21062


MTE Financial Services
PO Box 111
Miami, OK  74355


Multi-Specialty Healthcare
9601 Pulaski Park Drive, Ste. 416
Middle River, MD  21220-1409

National Hospital Collections
 Distributor Drive, Suite 2
Morgantown, WV  26501


Nationwide Bank
One Nationwide Plaza
Columbus, OH  43215


Nationwide Credit Corporation
C/O Trinity Health
5503 Cherokee Avenue
Alexandria, VA  22312


Nationwide Insurance
One Nationwide Plaza
Columbus, OH  43215


NCC
245 Main Steet
Dickson City, PA  18519


NCC Business Services
9428 Baymeadows Rd. Suite 200
Jacksonville, FL  32256


NCO Financial Services/02
PO Box 15740
Wilmington, DE  19850


Neb Doctors Of Maryland Llc
PO Box 226
White Marsh, MD  21162

No!No! Hair Removal
C/O SKO Brenner America
40 Daniel Street, P.O. Box 230
Farmingdale, NY  11735-0230


North Shore Agency
270 Spagnoli Road, Suite 110
Melville, NY  11747


Office Of Personnel Management
1900 E Street, N.W.
Washington, DC  20415


Online Collections
P.O. Box 1489
Winterville, NC  28590


Oser & Tauber MD PA
10301 Georgia Avenue, Suite 304
Silver Spring, MD  20902


Payliance
3 Easton Oval, SUite 210
Columbus, OH  43219


PDL Recovery Services
7408 Fairview Rd., STE 285
Charolotte, NC  28226


Penn Credit
916 S 14th Street ST
PO Box 988, PA  17108


People's Bank
PO Box 1750
Paris, TX  75461

```
PEPCO
201 West Gude Drive
Rockville, MD  20850


PG County Parking Authority
Parking Division
1300 Mercantile Lane, Ste. 108
Largo, MD  20774


Plains Commerce Bank
220 Main Street PO Box 7
Hoven, SD  57450


Premier Bank Card
The Corproation Trust Incorporated
351 West Camden Street
Baltimore, MD  21201


Progressive
P.O Box 31260
Tampa, FL  33631


Progressive
PO Box 31260
Tampa, FL  33631


Progressive Direct
PO Box 31260
Tampa, FL  33631


Publishers Clearing House
101 Winners Circle
Port Washington, NY  11050
```

QVC
1200 Wilson Drive
West Chester, PA  19380


Radiology Associates Of Fredrick
198 Thomas Johnson Dr
Frederick, MD  21702


Reginald Pettaway, DDS
Esthetic And General Dentistry
9850 Key West Avenue, Suite 308
Rockville, MD  20850


RJM Acquisitions
575 Underhill Boulevard, Suite 224
Syosset, NY  11791


Rushmore Service Center
PO Box 557
Sioux Falls, SD  57117


Santander Consumer USA
P.O. Box 961245
Forth Worth, TX  76161


Scholastic Inc
The Corproation Trust Incorporated
351 West Camden Street
Baltimore, MD  21201


Scholastic Inc
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD  21201

Scholastic, Inc
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD  21201


Service Finance Company
555 South Federal Hwy Ste 20
Boca Raton, FL  33432


Seventh Avenue
1112 7th Avenue
Monroe, WI  53566


Shady Grove Adventist
PO Box 62690
Baltimore, MD  21264


Shady Grove Radiology
20410 Observation Drive
Germantown, MD  20410


Shaffer & Associates
101 South 5th Street, Suite 100
Columbia, MO  65201


Shaffer & Associates
101 South 5th Street, Suite 100
Columbia, MD  65201


Spartan Financial
13730 South Point Boulevard
Charlotte, NC  28273


Spartan Financial
13730 South Point Blvd
CHarlotte, NC  28273

```
SST/CIGPFICORP
4315 PICKETT RD
Saint Joseph, MO  64503


The Hartford
PO Box 2024
Hartford, CT  06145


The Neurology Center, P.A. Collections
8555 16th Street, Suite 310
Silver Spring, MD  20910


The Outside Source Group
Three City Place Drive Suite 690
St. Louis, MO  63141


TRS Recovery Services
P.O. Box 173809
Denver, CO  80217


TRS Recovery Services
5152 Westheimer Rd
Houston, TX  77056


UHaul
PO Box 52128
Pheonix, AZ  85072-2128


United Medical Center
P.O. Box 759283
Baltimore, MD  21275


United States Office Of Personnel Manage
1900 E Street, NW
Washington, D.C., DC  20415-1000
```

Verizon
500 Technology Drive, Suite 300
Weldon Spring, MO  63304


Wachovia Bank Checking
7 ST. PAUL STREET, SUITE 1660
Baltimore, MD  21202


ZA Johnson
P.O. Box 864046
Orlando, FL  32886